No. 96–153. Scottish Heritable Trust, PLC, et al. *v.* Peat Marwick Main & Co. et al. C. A. 5th Cir. Certiorari denied.

No. 96–154. Church of the Lord Jesus Christ of the Apostolic Faith et al. *v.* Shelton et al. Super. Ct. Pa. Certiorari denied.

No. 96–155. Harris et ux. *v.* City of Port Huron. Ct. App. Mich. Certiorari denied.

No. 96–158. St. Hilaire et al. *v.* Maine Real Estate Commission. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–159. Williams *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 96–161. Cornish *v.* District of Columbia Board on Professional Responsibility. Ct. App. D. C. Certiorari denied.

No. 96–162. Elliott *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 96–163. Dalis *v.* California. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–164. Sea Gull Lighting, Inc. *v.* Hydramatic Packing Co., Inc. C. A. Fed. Cir. Certiorari denied.

No. 96–165. Ramiro Muniz *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 96–166. Kahre-Richardes Family Foundation, Inc., et al. *v.* Village of Baldwinsville et al. C. A. 2d Cir. Certiorari denied.

No. 96–169. Andrade et al. *v.* City of Burlingame et al. C. A. 9th Cir. Certiorari denied.

No. 96–170. Pipola *v.* United States. C. A. 2d Cir. Certiorari denied.